IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

MDL No. 2641 - IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the District of Arizona hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable David G. Campbell for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge

Date: 8-4-15

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ fax number 202-502-2888 or email address MDLPanelOrders/JPML/DCA/JPML/USCOURTS.

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.

SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Thomasenia P. Duncan, at 202-502-2800.