BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: BARD IVC FILTERS PRODUCTS
LIABILITY LITIGATION

MDL No. 2641

AMENDED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that a true and correct copy of the foregoing Notice of Tag-Along Action was filed electronically via the Court's electronic filing system on October 8, 2015, and served via First Class U.S. Mail upon the following on October 14, 2015:

***Dean Becker v. C.R. Bard, Inc., et al.*, C.D. Calif., C.A. No. 2:15-cv-07937-ODW (PJWx)**

**Served via First Class Mail
(Counsel has not yet appeared)**

C.R. Bard, Inc.
c/o CT Corporation
818 West Seventh Street, Suite 930
Los Angeles, CA  90017

Bard Peripheral Vascular, Inc.
c/o CT Corporation
3800 N. Central Avenue, Suite 460
Phoenix, AZ  85012

DATED October 14, 2015.

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Elaine T. Byszewski
Elaine T. Byszewski (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
E-mail: elaine@hbsslaw.com

- 1 -

Robert B. Carey (SBN #011186)
Leonard W. Aragon (SBN #020977)
11 West Jefferson Street, Ste. 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-Mail:  rcarey@hbsslaw.com
E-Mail:  leonard@hbsslaw.com

*Attorneys for Plaintiff Dean Becker*